

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

MEMORANDUM ORDER

Appellate case name:        Brandon Cornett v. The State of Texas

Appellate case number:    01-11-00687-CR

Trial court case number:  1254312

Trial court:                        184th District Court, Harris County, Texas


On July 9, 2012, the State moved for an extension of time to file its appellate brief. It is **ordered** that the motion is denied as moot.

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
                              ☑ Acting individually    ☐ Acting for the Court


Date: February 28, 2013